FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD WOODS,<br><br>    Petitioner,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Respondents. | Case No. CV 09-3929-AHM (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files, including the Report and Recommendation of the United States Magistrate. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition without prejudice.

Dated: _____Oct. 26, 2009_____

A. Howard Matz
United States District Judge