JS-6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RONALD WOODS, | Case No. CV 09-3929-AHM (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Respondents. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: October 26, 2009

_____
A. Howard Matz
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY